# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TAMARA SLATSKY,<br><br>    Defendant. | Case No. 2:01-cr-00288-LDG<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Defendant's motion for Order of Satisfaction of Judgment (#25) is DENIED.

DATED this 21 day of December, 2011.

_____
Lloyd D. George
United States District Judge